IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARICELIS ABREU AYALA o/b/o E.M.M.A., | : : | |
| Plaintiff, | : : | |
| | : | CIVIL ACTION |
| v. | : : | NO. 12-3326 |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | : : : | |
| Defendant. | : | |

## ORDER

AND NOW, this 15th day of September, 2015, upon careful and independent consideration of the record, the Report and Recommendation by the Honorable Elizabeth T. Hey, United States Magistrate Judge, (Dkt No. 18), and Plaintiff's failure to file any objections thereto in accordance with Local Civil Rule 72.1 IV (b), the Court finds that the record reveals that the record as a whole contains substantial evidence to support the ALJ's findings of fact and conclusions of law. Therefore, it is hereby ORDERED that:

1. The Report and Recommendation, (Dkt No. 18), is APPROVED AND ADOPTED;

2. JUDGMENT IS ENTERED AFFIRMING THE DECISION OF THE COMMISSIONER OF SOCIAL SECURITY and the relief sought by Plaintiff is DENIED;

3. The Clerk of Court is directed to close this case for statistical and all purposes.

BY THE COURT:

/s/ C. Darnell Jones, II

_____

C. Darnell Jones, II    J.